

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00105-CV

**IN THE INTEREST OF S.P.**, N.I.A.D., A.D., and N.C.N.D., Children

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-01460
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. The appellant is indigent. No costs are assessed.

SIGNED June 20, 2024.

_____
Patricia O. Alvarez, Justice